[Civ. No. 12967.   Second Dist., Div. Two.—May 7, 1941.]

H. H. SPRINGER, Appellant, v. ANGELES CREDIT COMPANY, LTD. (a Corporation), et al., Respondents.

Dailey S. Stafford and William H. Haupt for Appellant.

J. Everett Blum, John Moore Robinson and Ralph W. Smith for Respondents.

McCOMB, J.—This is a motion to consolidate with this appeal the appeal of the respondents in the same case, being numbered Second Civil No. 12781 of this court.

In view of the fact that we have this day dismissed appellant's appeal for failure to comply with the requirements

of rule I, section 4, and rule V, section 1 of the Rules for the Supreme Court and District Courts of Appeal, the present motion is moot and is therefore denied.

Moore, P. J., and Wood, J., concurred.